UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARDELLE D. JERDE,                    CIV. NO. 13-1552(MJD/JSM)

    Plaintiff,                              ORDER

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et.al.

    Defendants.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 19, 2013. Plaintiff objects[1] to the recommendation to grant Defendants' motion to dismiss and specifically objects to the finding that Plaintiff does not state a quiet title claim and that Plaintiff lacks standing to pursue the asserted quiet title claim.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety.

---

[1] By Order dated January 14, 2014 (Civil No. 13-mc-49 (MJD)(Doc. No. 10)), this Court suspended attorney William B. Butler from the practice of law in the United States District Court, District of Minnesota, effective December 26, 2013. Because Defendant's objection was filed prior to this Court's January 14, 2014 suspension order, the Court has considered the objection in making its decision.

IT IS HEREBY ORDERED[2] that:

(1)     Defendants' Motion to Dismiss [Docket No. 7] is **GRANTED.**

(2)     This matter is dismissed with prejudice.

(3)     The Clerk of Court is hereby directed to mail a copy of this Order to William B. Butler, 33 South Sixth St., Suite 4100, Minneapolis, MN 55402.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated:  January 28, 2014                         s/ Michael J. Davis
                                                 Michael J. Davis
                                                 Chief Judge
                                                 United States District Court

Civil No. 13-1552 (MJD/JSM)

---

[2] Attorney Butler is reminded of his obligation to notify his client of the Court's decision herein.